IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-76,130-02






EX PARTE TIMOTHY BECK, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM HILL COUNTY






 Johnson, J., filed a concurring statement.



C O N C U R R I N G  S T A T E M E N T



 In its findings of fact and conclusions of law, the trial court stated that applicant "should pay
all costs of court arising out of this new proceeding, including the costs to the citizens of Hill
County, Texas[,] of providing a copy of the Reporter's record in the sum of $966.25, together with
all other lawful costs of court, . . . ."  Such a finding is inappropriate for at least three reasons. First,
the record was ordered to be sent to the Court of Criminal Appeals by the Court of Criminal Appeals,
not the applicant. Second, applicant is indigent and is therefore exempt from such costs.  Third, the
case was appealed, and the record of that proceeding has already been transcribed and need only be2

copied and even then only if the county has not retained a copy of the original proceedings.  I am
confident that the trial court will recognize that applicant may not be charged for the record that this
Court ordered the trial court to forward.


Filed: October 31, 2012

Do not publish